1018

Herman HAYMAN, Appellant, v. UNITED STATES of America, Appellee.

No. 11530.

Circuit Court of Appeals, Ninth Circuit.

Nov. 7, 1947.

Walter L. Gordon, Jr., of Los Angeles, Cal., for appellant.

James M. Carter, U. S. Atty., and Ernest A. Tolin, William Strong, and Paul Fitting, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

H. C. JONES, Individually and as Collector of Internal Revenue, v. Will S. GUTHRIE.

No. 3568.

Circuit Court of Appeals, Tenth Circuit.

Sept. 13, 1947.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellant.

Mosteller & McElroy,· of Oklahoma City, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Appeal, 72 F.Supp. 784, docketed and dismissed per stipulation.

Henry B. JOHNSON, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Lewisburg, Pa.

No. 9456.

Circuit Court of Appeals, Third Circuit.

Submitted Oct. 14, 1947.

Decided Oct. 17, 1947.

Appellant pro se.

Arthur A. Maguire, U. S. Atty., of Scranton, Pa., and Thomas Wood, Jr., Asst. U. S. Atty., of Williamsport, Pa., for appellee.

Before ALBERT LEE STEPHENS, GOODRICH, and O'CONNELL, Circuit Judges.

PER CURIAM.

The judgment appealed from, 71 F.Supp. 865, is affirmed.

Carl KRANZ, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Lewisburg, Pa.

No. 9415.

Circuit Court of Appeals, Third Circuit.

Submitted Oct. 6, 1947.

Decided Oct. 7, 1947.

Appellant pro se.

Arthur A. Maguire, U. S. Atty., of Scranton, Pa., and Charles W. Kalp, Asst. U. S. Atty., of Lewisburg, Pa., for appellee.

Before BIGGS, ALBERT LEE STEPHENS, and MARIS, Circuit Judges.

PER CURIAM.

The order of the court below, 70 F.Supp. 869, will be affirmed.